**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

```
_____
FRESNO COUNTY ECONOMIC         ) Case Number:
OPPORTUNITIES COMMISSION       ) CV 06-CV-542 (AWI/DLB)
     Plaintiff,                )
                               )
        v.                     )
                               ) Date:    None
MICHAEL JOHANNS, Secretary of  )
the United States Department   )
of Agriculture; CLAY           ) Time:    None
JOHNSON III, Acting Director   )
of the United States Office    )
of Management and Budget       ) Before:  The Honorable
                               )          Anthony W. Ishii
                               )
     Defendants.               ) Courtroom: 2
_____)
```

ORDER

Upon consideration of the parties' joint motion to stay proceedings in the above captioned matter, filed on August 11, 2006,

It is ORDERED that this case shall be stayed for all purposes up to and including September 29, 2006, so that the parties may discuss settlement; and it is,

FURTHER ORDERED, that should settlement appear unlikely at the expiration of the stay, defendant shall file a response to

1  plaintiff's complaint, on, or before, October 10, 2006.

3  IT IS SO ORDERED.

4  **Dated:   August 15, 2006**          **/s/ Anthony W. Ishii**
   0m8i78                                UNITED STATES DISTRICT JUDGE