**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

```
_____
                               )
FRESNO COUNTY ECONOMIC         ) Case Number:
OPPORTUNITIES COMMISSION       ) CV 06-CV-542 (AWI/DLB)
     Plaintiff,                )
                               ) JOINT MOTION TO EXTEND STAY
                               ) OF ALL PROCEEDINGS
      v.                       )
                               )
                               ) Date:    None
MICHAEL JOHANNS, Secretary of  )
the United States Department   )
of Agriculture; CLAY           ) Time:    None
JOHNSON III, Acting Director   )
of the United States Office    )
of Management and Budget       ) Before:  The Honorable
                               )          Anthony W. Ishii
                               )
      Defendants.              ) Courtroom: 2
_____)
```

Plaintiff, Fresno County Economic Opportunities Commission, by and through its attorney of record, Edward T. Waters, and defendants Michael Johanns, United States Secretary of Agriculture, and Clay Johnson III, Acting Director of the United States Office of Management and Budget, by and through their attorney of record, Jonathan E. Zimmerman, of the United States Department of Justice, hereby move to extend the currently pending stay of all proceedings in this matter up to, and

1  including, October 16, 2006, so that the parties may finalize
2  their settlement agreement and file such agreement with the
3  Court.
4      On August 18, 2006, upon joint motion by the parties, the
5  Court stayed all proceedings in this matter so that the parties
6  could explore the possibility of settlement.  The parties have
7  since reached a settlement in principle but have not had
8  opportunity to draft a formal settlement agreement and
9  anticipate that it may take up to two weeks to finalize such an
10 agreement, to obtain the necessary approvals within the
11 Department of Justice, and then to file such an agreement with
12 the Court.  Accordingly, the parties wish to extend the stay in
13 this matter until October 16, 2006, so that a settlement
14 agreement may be finalized and filed with the Court.
15
16 Dated: September 29, 2006
17
18 _____           _____
19 Jonathan E. Zimmerman          Edward T. Waters
   (MA Bar No. 654255)            (DC Bar No. 422461)
20 United States Department       Feldesman Tucker Liefer Fidell LLP
     of Justice                   2001 L Street, N.W., Suite 200
21 Civil Division                 Washington, DC 20036
   Federal Programs Branch        Telephone: (202) 466-8960
22 P.O. Box 883
   Washington, D.C. 20044
23 Telephone: (202) 353-0441

**ORDER**

Upon consideration of the parties' joint motion to extend the stay of proceedings in the above captioned matter, it is,

ORDERED, that the stay of all proceedings in this matter shall be extended until October 16, 2006.

IT IS SO ORDERED.

**Dated:  October 3, 2006**              /s/ Anthony W. Ishii
0m8i78                                                   UNITED STATES DISTRICT JUDGE