**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

```
_____
FRESNO COUNTY ECONOMIC          ) Case Number:
OPPORTUNITIES COMMISSION        ) CV 06-CV-542 (AWI/DLB)
     Plaintiff,                 )
                                )
        v.                      )
                                ) Date:    None
MICHAEL JOHANNS, Secretary of   )
the United States Department    )
of Agriculture; CLAY            ) Time:    None
JOHNSON III, Acting Director    )
of the United States Office     )
of Management and Budget        ) Before:  The Honorable
                                )          Anthony W. Ishii
                                )
     Defendants.                ) Courtroom: 2
_____ )
```

ORDER

Upon consideration of the parties' joint motion to extend the stay of proceedings in the above captioned matter, it is, ORDERED, that the stay of all proceedings in this matter shall be extended until October 23, 2006.

IT IS SO ORDERED.

**Dated:   October 17, 2006**                    /s/ Anthony W. Ishii
0m8i78                                           UNITED STATES DISTRICT JUDGE