1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

```
_____
FRESNO COUNTY ECONOMIC        )Case Number:
OPPORTUNITIES COMMISSION      )CV 06-CV-542 (AWI/DLB)
      Plaintiff,             )
                              )
          v.                  )
                              )Date:    None
MICHAEL JOHANNS, Secretary of )
the United States Department  )
of Agriculture; ROB           )Time:    None
PORTMAN, Acting Director      )
of the United States Office   )
of Management and Budget      )Before:  The Honorable
                              )          Anthony W. Ishii
                              )
      Defendants.            )Courtroom: 2
_____)
```

ORDER

Upon consideration of the parties' joint motion to extend

the stay of proceedings in the above captioned matter, it is

ORDERED, that the stay of all proceedings in this matter shall

be extended until November 3, 2006.


IT IS SO ORDERED.

**Dated:    October 27, 2006**          **_____/s/ Anthony W. Ishii_____**
0m8i78                              UNITED STATES DISTRICT JUDGE